# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 29, 2006

130895

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

VALIANT WHITE,
        Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 130895
COA: 267843
Wayne CC: 91-004044

On order of the Court, the application for leave to appeal the February 8, 2006 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 29, 2006

_____
Clerk

s0821